TERESA ZONIN et al., Respondents, v. LUIGI ROLANDELLI, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ. [See *post,* p. 808.]

In the Matter of HYMAN COHEN, as Executor of LOUIS COHEN, Deceased, Appellant, against 107–109 BOWERY HOLDING CORPORATION, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.

ALBERT DE FLORA, Appellant, v. FERRIS M. GORRA, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.

CHARLES FEILER, Appellant, v. ELY MELTZER, Individually and as President of Poultry Shochtim Union of Greater New York, Local 370, et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ. [See *post,* p. 808.]

ELIE CRISTO-LOVEANU, as Administrator of the Estate of MYRON CRISTO-LOVEANU, Deceased, Respondent, v. BENJAMIN OSHRIN et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ. [See *post,* p. 808.]

NORMAN JOHNSON, on Behalf of Himself and All Other Stockholders Similarly Situated, Appellant, v. WESTERN UNION TELEGRAPH COMPANY et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ. [See *post,* p. 819.]

JOHN B. CLARK, Appellant, v. RICHARD L. DAVISSON et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ. [See *post,* p. 809.]

METROPOLITAN LIFE INSURANCE COMPANY, Respondent, v. 186 RIVERSIDE DRIVE CORPORATION et al., Defendants, and BENNETT DREYER, Defendant-Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.; Untermyer and Callahan, JJ., dissent and vote to modify by providing that the referee compute the amount due upon the entire bond and mortgage. [See *post,* p. 809.]

MATTEO AGRICOLA, Appellant, v. JACKSON S. HUTTO, Superintendent of Banks of the State of New York, as Liquidator of Banco Di Napoli Trust Company of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days after service of order, on payment of said costs and the ten dollars costs of motion awarded at Special Term. No opinion. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS SHEINGHORN, Appellant.— Judgment reversed, the information dismissed and the fine remitted, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.; Dore, J. dissents and votes to affirm.

SADIE J. MARIANI, Appellant-Respondent, v. PAUL MARIANI, Respondent-Appellant.— On the basis of the evidence found in the record, it is quite apparent that the defendant should pay to plaintiff the sum of twenty-five dollars weekly as alimony, effective as of the date of entry of the order to be entered herein. Judgment unanimously modified accordingly, and, as so modified affirmed, with costs to the plaintiff. Settle order on notice. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.